Gary J. Kim, Esq.
California State Bar Number: 222319
Law Offices of Gary J. Kim
3731 Wilshire Boulevard, Suite 502
Los Angeles, California 90010
Telephone: (213) 427-6262
Facsimile: (213) 427-6222
gkim@eminnara.com
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ganggyu Rhee | Case No.: |
| Plaintiff, | |
| v. | **NOTICE OF INTERESTED PARTIES** |
| TRACY RENAUD<br>In his Official Capacity, Director<br>U.S. Citizenship and Immigration Services | **(Local Rule 4.6)** |
| ALEJANDRO MAYORKAS<br>In his Official Capacity, Secretary<br>U.S. Department of Homeland Security | |
| JERRY HEINAUER<br>In his Official Capacity, Director<br>U.S. Citizenship and Immigration Services, Nebraska Service Center | |
| MONTY WILKINSON<br>In his Official Capacity, Attorney General, Department of Justice | |
| Defendants. | |

Pursuant to Local Rule 4.6, and based upon information and belief, the undersigned, counsel of record for Plaintiffs, certify that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal.

1. GANGGYU RHEE, Plaintiff;
2. TRACY RENAUD, In his Official Capacity, Director U.S. Citizenship and Immigration Services, Defendants;
3. ALEJANDRO MAYORKAS, In his Official Capacity, Secretary U.S. Department of Homeland Security, Defendants;
4. JERRY HEINAUER, In his Official Capacity, Director U.S. Citizenship and Immigration Services, Nebraska Service Center;
5. MONTY WILKINSON, In his Official Capacity, Attorney General, Department of Justice, Defendants,

Respectfully submitted.

Dated: FEBRUARY 10, 2022      Law Offices of Gary J. Kim

Gary J. Kim
3731 Wilshire Boulevard, Suite 502
Los Angeles, CA 90010
(213) 427-6262
gkim@eminnara.com